## IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK HEARRING, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68968

FILED

APR 1 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is a *pro se* appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Appellant filed his postconviction petition on March 30, 2015, more than one year after entry of the judgment of conviction; he did not appeal the judgment of conviction. Therefore, the petition was untimely filed and procedurally barred absent of demonstration of good cause and prejudice. *See* NRS 34.726(1). To overcome the procedural default, appellant argues that he was awaiting resolution of his motion to withdraw his guilty plea before filing his petition. However, the filing of a motion to withdraw his guilty plea is not an impediment external to the defense that prevented him from timely filing his postconviction petition. *See Hathaway v. State*, 119 Nev. 248, 252, 71 P.3d 503, 506 (2003). Because appellant failed to establish good cause to excuse the delay in

16-11708

filing his petition, the district court did not err by denying the petition as procedurally barred. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:   Hon. Eric Johnson, District Judge
Frank Hearring, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A